UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**MICHAEL A. LEA**,　　　　　　　　　　　　　Civil Case No. 3:12-CV-01781-KI

　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　JUDGMENT

　　　　　　　v.

**D. PRIMMER; MS. THORNTON; R. MILES**

　　　　　Defendants.

　　　Michael A. Lea, #7585345
　　　Eastern Oregon Correctional Institution
　　　2500 Westgate
　　　Pendleton, OR 97801-9699

　　　　　Pro Se Plaintiff

　　　Ellen F. Rosenblum
　　　Attorney General

Page 1 - JUDGMENT

Shannon M. Vincent
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

   Attorneys for Defendant

KING, Judge:

Based on the record,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

Dated this      29th      day of August, 2013.


                                          /s/ Garr M. King
                                         Garr M. King
                                         United States District Judge

Page 2 - JUDGMENT