UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**MICHAEL A. LEA**,                                          Civil Case No. 3:12-CV-01781-KI

          Plaintiff,

                                                   JUDGMENT

                v.

**D. PRIMMER; MS. THORNTON; R. MILES**

          Defendants.

    Michael A. Lea, #7585345
    Eastern Oregon Correctional Institution
    2500 Westgate
    Pendleton, OR 97801-9699

        Pro Se Plaintiff

    Ellen F. Rosenblum
    Attorney General

Page 1 - JUDGMENT

Shannon M. Vincent
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

    Dated this    29th    day of August, 2013.

                      /s/ Garr M. King
                      Garr M. King
                      United States District Judge